IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                        CASE NO. 09-41188TLH4

RUSSELL, RICHARD RAY, JR.
RUSSELL, LISA MARIE                     CHAPTER 7

        Debtor(s)
_____/

**<u>NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347</u>**

    Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 13 | Citibank South Dakota NA<br>Exception Payment Processing, PO Box 6305<br>The Lakes, NV 88901-6305 | $146.44 |

                                              <u>/s/ Theresa M. Bender</u>
                                              THERESA M. BENDER
                                              CHAPTER 7 TRUSTEE
                                              Theresa M. Bender, P.A.
                                              Post Office Box 14557
                                              Tallahassee, FL  32317
                                              PH:  (850) 205-7777
                                              FL. Bar # 0749486
                                              Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Citibank South Dakota NA
Exception Payment Processing, PO Box 6305
The Lakes, NV 88901-6305

Dated: 7/11/2011                                            /s/ Theresa M. Bender